CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 15 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANK ASHONTA TURPIN, ) | Civil Action No. 7:17-cv-00316 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| SHERIFF, et al., ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

ENTER: This 15th day of February, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge